UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> FELIX SANTIAGO, III, <br><br> Defendant. | No. 21-cr-00185 (ER) |

**[PROPOSED] REVISED SCHEDULING ORDER**

To the Clerk of this Court and all parties of record:

WHEREAS the Defendant has filed a letter motion seeking, with the consent of the Government, an extension to the Court's current Scheduling Order,

IT IS HEREBY ORDERED THAT for the reasons stated in the July 29, 2021 letter from defense counsel, the Court hereby revises the current briefing schedule and sets the following deadlines:

- August 20, 2021 – Motion to Dismiss
- September 10, 2021 – Government Opposition to Motion to Dismiss
- September 17, 2021 – Defense Reply to Government Opposition

Dated: July 30, 2021

SO ORDERED,

_____
HONORABLE EDGARDO RAMOS
United States District Judge