UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  8/23/2021
```

UNITED STATES OF AMERICA,

v.

FELIX SANTIAGO, III,

               Defendant.

No. 21-cr-00185 (ER)

### [PROPOSED] REVISED SCHEDULING ORDER

To the Clerk of this Court and all parties of record:

WHEREAS the Defendant has filed a letter motion seeking, with the consent of the Government, an extension to the Court's current Scheduling Order,

IT IS HEREBY ORDERED THAT for the reasons stated in the August 20, 2021 letter from defense counsel, the Court hereby revises the current briefing schedule and sets the following deadlines:

- September 3, 2021 – Motion to Dismiss
- September 24, 2021 – Government Opposition to Motion to Dismiss
- October 1, 2021 – Defense Reply to Government Opposition

Dated: August 23, 2021

SO ORDERED,

_____
HONORABLE EDGARDO RAMOS
United States District Judge