# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2540
DIRECT EMAIL  jdabbs@kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  12/13/2021

**MEMO ENDORSED**

December 13, 2021

**VIA ECF**

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Re:   <u>United States v. Felix Santiago III, 1:21-cr-00185-ER (S.D.N.Y.)</u>

Dear Judge Ramos:

    I am counsel to Defendant Felix Santiago. Mr. Santiago's sentencing is currently scheduled for December 29, 2021. I write respectfully to request that the Court reschedule Mr. Santiago's sentencing because of a scheduling conflict. This is the first request for an adjournment. The Government consents to this request.

    We have conferred with the Government and Your Honor's chambers on availability, and all parties are available the morning of January 20, 2022.

Respectfully submitted,

*Jenna M. Dabbs*
Jenna M. Dabbs

cc: *AUSA Mitzi Steiner, all participants via ECF*

---

Sentencing is adjourned to January 20, 2021 at 10:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  12/13/2021
New York, New York